**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

In re:   **RICHARD A. CUELLAR and**               **Chapter 13 Proceeding**
         **GLORIA G. CUELLAR,**                       **Case No. 13-21034-dob**
                                              **Hon. Daniel S. Opperman**

         **742 Shattuck Road**
         **Saginaw MI 48604**

         **xxx-xx-8982**
         **xxx-xx-0285,**

               **Debtors.**

**NOTICE OF OBJECTION TO CLAIM #13**

Debtors' have filed an objection to your claim in this bankruptcy case.

        **Your claim may be reduced, modified, or denied. You should read these papers carefully and discuss them with your attorney, if you have one.**

        If you do not want the court to deny or change your claim, then on or before November 7, 2013, you or your lawyer must:

1.      File with the court a written response to the objection, explaining your position, at:

**U.S. Bankruptcy Court**
**111 First Street**
**Bay City MI 48708**

        If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

        You must also mail a copy to:

MICHAEL J. SHOVAN                  THOMAS W. McDONALD
5090 STATE STREET                     CHAPTER 13 TRUSTEE
BUILDING A                              3144 DAVENPORT AVE
SAGINAW MI 48603                     SAGINAW MI 48602

2.      Attend the hearing on the objection, scheduled to be held on Thursday, November 14, 2013, at 10:00 a.m. at the United States Bankruptcy Court, 111 First Street, Bay City MI 48708, unless your attendance is excused by mutual agreement between yourself and the objector's attorney. (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor other evidence will be received. A pre-trial scheduling order may be issued as a result of the pre-trial conference.)

        **If you or your attorney do not take these steps, the Court may deem that you do not oppose the objection to your claim, in which event the hearing will be canceled, and the objection sustained.**

Date:  October 1, 2013                 /s/ Michael J. Shovan
                                   Michael J. Shovan (P43362)
                                   Attorney for Debtors
                                   5090 State Street, Bldg A
                                   Saginaw MI 48603
                                   (989) 233-9389
                                   mike@mikeshovan.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In the matter of:                              CHAPTER 13 PROCEEDING
                                               CASE NO. 13-21034-dob
RICHARD A.CUELLAR and                          HON. DANIEL S. OPPERMAN
GLORIA G. CUELLAR

SSN:   xxx-xx-8982
SSN:   xxx-xx-0285

            Debtors.
_____/

DEBTOR'S OBJECTION TO CLAIM 13-1 FILED BY
MICHIGAN DEPARTMENT OF TREASURY

Debtor, by counsel, objects to Claim 13-1 filed by the Michigan Department of Treasury, attached to this objection as Exhibit 1, based on the following:

1.      Michigan Department of Treasury (Claimant) has filed Claim #13 for $5,000.00 stating the basis for the claim is "TAXES."

2.      At paragraph of their claim, Claimant states that the claim is based on "Taxes or penalties owed to governmental units – 11 USC §507(a)(8) – and further stating that the entire amount of their claim is entitled to priority treatment.

3.      In their only attachment, Claimant shows: The Assessment Number; The Account ID: the Tax Period: 01/01/2012 – 12/31/2012; Indicates that the claim amount is an "estimate'; and, States that the $5,000.00 represents a Tax Deficiency.

4.      Debtors' 2012 state income tax refund, as reflected on line 18 of Schedule B shows a refund of $1,177.00 – of which $1,141.00 was garnished by judgment creditor LVNV Funding LLC (See line 35 of Schedule B).

5.      The Debtors did not receive any notice from the State of Michigan regarding a tax deficiency for 2012.

6.      Fed. R. Bankr. P. 3001 governs the form and requirements of Proofs of Claims.

7.      Fed. R. Bankr. P. 3001(a) entitled *Form and Content* provides that:

      **A proof of claim shall conform substantially to the appropriate Official Form.**

8.      Fed. R. Bankr. P. 3001(c)(2) entitled *Additional Requirements in an Individual Debtor Case; Sanctions for Failure to Comply,* provides as follows:

1

**In a case in which the debtor is an individual:**

**(A) If, in addition to its principal amount, a claim includes interest, fees, expenses, or other charges incurred before the petition was filed, an itemized statement of the interest, fees, expenses, or charges shall be filed with the proof of claim.**

9.      Claimant has failed to comply with Fed. R. Bankr. P. 3001.

10.     Claimant has failed to provide any factual substantiation that their claim is related to any tax deficiency owed by the Co-Debtor for the year 2012.

11.     Claimant has failed to provide any factual substantiation for the claim being a tax of any nature.

12.     Claimant has failed to provide any factual substantiation that would allow the claim to be recognized as a priority claim.

13.     Fed. R. Bankr. P. 3001(c)(2)(D) provides:

**If the holder of a claim fails to provide any information required by this subdivision (c), the court may, after notice and a hearing, take either or both of the following actions:**

**(i) preclude the holder from presenting the omitted information, in any form, as evidence in any contested matter or adversary proceeding in the case, unless the court determines that the failure was substantially justified or is harmless; or**

**(ii) award other appropriate relief, including reasonable expenses and attorney's fees caused by the failure.**

WHEREFORE, Debtor, by counsel, requests that this Court disallow the claims as filed and provide other necessary relief as allowed by Fed. R. Bankr. P. 3001(c)(2)(D).

MICHAEL J. SHOVAN

Dated: October 1, 2013                /s/ Michael J. Shovan
                                      MICHAEL J. SHOVAN (P43362)
                                      Attorney for Debtor
                                      5090 State Street, Building A
                                      Saginaw MI 48603
                                      (989) 233-9389; fax (989) 393-5913
                                      mike@mikeshovan.com

2

Exhibit I

B10 (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT | Eastern District of Michigan | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor: GLORIA G. CUELLAR 742 SHATTUCK SAGINAW, MI 48604 | Case Number: 13-21034 DOB | |

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
MICHIGAN DEPARTMENT OF TREASURY

**COURT USE ONLY**

Name and address where notices should be sent:
MICHIGAN DEPARTMENT OF TREASURY, BANKRUPTCY UNIT
P.O. BOX 30168
LANSING, MI 48909

Telephone number: (517) 241-5002     email:

☐ Check this box if this claim amends a previously filed claim.

**Court Claim Number:** _____
*(If known)*

Filed on: _____

Name and address where payment should be sent (if different from above):
MICHIGAN DEPARTMENT OF TREASURY/REVENUE/AG
P.O. BOX 30456
LANSING, MI 48909-7955

Telephone number: (517) 241-5002     email:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:**     $     5,000.00

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** TAXES
(See instruction #2)

| 3. Last four digits of any number by which creditor identifies debtor: 0 2 8 5 | 3a. Debtor may have scheduled account as: (See instruction #3a) | 3b. Uniform Claim Identifier (optional): (See instruction #3b) |
|---|---|---|

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:     $ _____

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Basis for perfection: _____

Value of Property: $ _____

Amount of Secured Claim:     $ _____

Annual Interest Rate _____ % ☐ Fixed  or  ☐ Variable
(when case was filed)

Amount Unsecured:     $ _____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

**Amount entitled to priority:**

$     5,000.00

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

☑ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(__).

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. *(See instruction #7, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS.  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

---

**8. Signature:** (See instruction #8)

Check the appropriate box.

☐ I am the creditor.   ☑ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, indorser, or other codebtor.
                                                                                            or their authorized agent.                   (See Bankruptcy Rule 3005.)
                                                                                            (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:   SANDRA BRAUN
Title:    DEPARTMENTAL TECHNICIAN
Company:   MICHIGAN DEPARTMENT OF TREASURY                    *(Signature)*                                    08/22/2013
Address and telephone number (if different from notice address above):                                                        *(Date)*

Telephone number:                          email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

---

## INSTRUCTIONS FOR PROOF OF CLAIM FORM
*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*
**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district in which the bankruptcy case was filed (for example, Central District of California), the debtor's full name, and the case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the current creditor or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**3b. Uniform Claim Identifier:**
If you use a uniform claim identifier, you may report it here. A uniform claim identifier is an optional 24-character identifier that certain large creditors use to facilitate electronic payment in chapter 13 cases.

**4. Secured Claim:**
Check whether the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See Definitions.) If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. § 507 (a).**
If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest and documents required by FRBP 3001(c) for claims based on an open-end or revolving consumer credit agreement or secured by a security interest in the debtor's principal residence. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**8. Date and Signature:**
The individual completing this proof of claim must sign and date it.  FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

Michigan Department of Treasury
4265 (11-04)
44985710

**Sworn Summary**
Issued under federal code, Title XI

**Type of Claim:** Priority
Original

**Case Number:**
13-21034 DOB

**Taxpayer Identification:**
8982

**Attorney General:**
ATTORNEY DETROIT

**GLORIA G CUELLAR**

742 SHATTUCK

SAGINAW, MI. 48604

**Other Identification:**

S0285

| Assessment Number | Debt Code | Assessment Date | Account ID | Tax Period | *If Est | Tax Deficiency | Penalty | Interest |
|---|---|---|---|---|---|---|---|---|
| Z.123456 | IIT | | S0285 | 01/01/2012 - 12/31/2012 | * | $5,000.00 | $0.00 | $0.00 |
| **Debt Codes:** | | | | | | $5,000.00 | $0.00 | $0.00 |

IIT - INCOME TAX

| TOTAL CLAIM | $5,000.00 |
|---|---|

\* An asterisk in this column indicates that tax liability is estimated based on the best information available since actual returns have not been filed. This claim will be adjusted when actual returns are filed.

SANDRA BRAUN _____ being duly sworn, deposes and says (s)he is authorized to act for the Department of Treasury and, to the best of her/his knowledge and belief, the defendant is indebted to the State of Michigan in this amount.

Signature

Date: 08/22/2013

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION


In the matter of:                          CHAPTER 13 PROCEEDING
                                           CASE NO. 13-21034-dob
RICHARD A.CUELLAR and                      HON. DANIEL S. OPPERMAN
GLORIA G. CUELLAR

SSN:   xxx-xx-8982
SSN:   xxx-xx-0285

        Debtors.
_____/


<u>CERTIFICATE OF SERVICE</u>


On October 1, 2013, the undersigned served a copy of Debtors' Notice of Objection to Claim #13 and Debtors' Objection to Claim 13-1 filed by the Michigan Department of Treasury on all parties listed on the matrix electronically and by first class mail on the following parties:

MICHIGAN DEPARTMENT OF TREASURY
BANKRUPTCY UNIT
POB 30168
LANSING MI 48909

THOMAS W. McDONALD, JR.
3144 DAVENPORT AVE
SAGINAW MI 48602


                                           MICHAEL J. SHOVAN


Dated: October 1, 2013                     /s/ Michael J. Shovan
                                           MICHAEL J. SHOVAN (P43362)
                                           Attorney for Debtor
                                           5090 State Street, Building A
                                           Saginaw MI 48603
                                           (989) 233-9389; fax (989) 393-5913
                                           mike@mikeshovan.com