UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 13-21034-dob

    RICHARD A. CUELLAR,  Chapter 13
    GLORIA G. CUELLAR,
            Debtor(s).  Hon. Daniel S. Opperman

_____/

## RESPONSE BY THE STATE OF MICHIGAN DEPARTMENT OF TREASURY TO DEBTORS OBJECTION TO ITS PRIORITY TAX CLAIM

Defendant, State Of Michigan, Department of Treasury, through its attorneys, Bill Schuette, Attorney General and Moe Freedman, Assistant Attorney General responds as follows.

1. The Michigan Department of Treasury (Treasury) filed a claim in the amount of $5,000 for unpaid 2012 taxes.

2. Debtors filed an objection, claiming that they do not owe tax for 2012 and that Treasury failed to follow the requirements of Fed. R. Bankr. P. 3001, as well as pointing out that Treasury's claim is based on estimated taxes owed.

3. Debtors claim their schedules show that they received a refund for 2012.

4. Treasury has no record of a 2012 tax return filed for Debtor Gloria G. Cuellar. Richard Cuellar did file a return as Married, filing separately.

5. As Treasury's claim does not contain claims for interest, fees, or expenses, Fed. R. Bankr. P. 3001(A) does not apply.

Based on the response, State of Michigan, Department of Treasury respectfully requests this Honorable Court deny Debtors objection to Claim #13.

            Respectfully submitted,

            BILL SCHUETTE
            Attorney General

            /s/ Moe Freedman
            Moe Freedman (P74224)
            Assistant Attorney General
            3030 W. Grand Blvd., Ste. 10-200
            Detroit, MI 48202
            (313) 456-0140
            (313) 456-0291 – Fax
            FreedmanM1@Michigan.gov

Dated: October 15, 2013